## YOUNG v. THE STATE.

ATKINSON, J. 1. A conspiracy may be shown by circumstantial evidence. *Owens* v. *State*, 120 *Ga.* 296 (48 S. E. 21); *Weaver* v. *State*, 135 *Ga.* 317 (69 S. E. 488); *Turner* v. *State*, 138 *Ga.* 808 (76 S. E. 349); *Coleman* v. *State*, 141 *Ga.* 731 (82 S. E. 228). There was sufficient evidence to warrant a finding that there was a conspiracy between the defendant on trial and another person jointly indicted with him, to take the life of the person alleged to have been slain; and that in furtherance of the conspiracy such person was slain by the defendant's co-conspirator.

2. No complaint is made of any error committed at the trial. The evidence was sufficient to authorize the verdict finding the defendant guilty of murder; and there was no error in overruling the motion for new trial.           *Judgment affirmed. All the Justices concur.*

No. 2144.     APRIL 14, 1921.

Indictment for murder. Before Judge Lovett. Effingham superior court. June 5, 1920.

*J. Hartridge Smith,* for plaintiff in error.

*R. A. Denny,* attorney-general, *J. Saxton Daniel,* solicitor-general, and *Graham Wright,* contra.